FILED'08 JUN 30 13:48USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CORY J. HANEWINCKEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-6103-JO |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Based upon the record,

IT IS ORDERED AND ADJUDGED the decision of the Commissioner denying benefits is reversed and remanded under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Opinion and Order of this date.

DATED this 30th day of June, 2008.

_____
ROBERT E. JONES
U.S. District Judge